THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re<br><br>ANGELYCE RODRIGUEZ,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 2:19-BK-11914-BMW<br><br>**AMENDED STIPULATED ORDER CONFIRMING FIRST MODIFIED CHAPTER 13 PLAN** |
|---|---|

This Amended Stipulated Order is provided for the purpose of removing the requirement of turnover over tax return and refunds for the tax year of 2023.

**IT IS ORDERED** correcting paragraph (A)(2) in the Stipulated Order Confirming Chapter 13 Plan as follows:

**(A) INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

Within 14 days of filing them, the Debtors will provide a copy of the 2019-2022 federal and state income tax returns to their attorney, who is to provide the returns to the Trustee through www.bkdocs.us.

(2) Other Property. The Debtor shall provide, directly to the Trustee their net federal and state income tax refunds for the tax years 2019, 2020, and 2022. Debtor shall retain the net federal and state income tax refund for the 2021 tax year. In the event that other property is

- 1 -

In re: Rodriguez
Case No. 2:19-BK-11914-BMW

submitted, it shall be treated as supplemental payments.

All other provisions shall remain in effect as per the Stipulated Order Confirming First Modified Chapter 13 plan signed on June 27, 2022.

_____
Russell Brown, Trustee


_____
Tom McAvity
Attorney for Debtors